# United States Court of Appeals
# for the Fifth Circuit

No. 19-20859
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 15, 2021

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Everly James,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-367-1

Before Dennis, Costa, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Everly James has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). James has not filed a response. During the pendency of this appeal, James

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-20859

completed the term of imprisonment imposed upon revocation of his supervised release and was released from custody. As James's revocation sentence did not include an additional term of supervised release, there is no case or controversy for us to address. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *see also United States v. Clark*, 193 F.3d 845, 847-48 (5th Cir. 1999).

The appeal is therefore DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.